DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

COLIN C. SAMPSON (CABN 249784)
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-7234
Colin.Sampson@usdoj.gov

Attorneys for United States of America

ADAM G. GASNER (CABN 201234)
Law Office of Adam G. Gasner
345 Chambers Street, Law Chambers Bldg.
San Francisco, CA 94102
Phone: (415) 782-6000
Fax:    (415) 782-6011
Adam@gasnerlaw.com

Attorney for Scott A. Wilson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:20-70695 MAG |
| Plaintiff, | **STIPULATED MOTION FOR EXCLUSION OF TIME PURSUANT TO THE SPEEDY TRIAL ACT AND F.R.C.P. 5.1(d)** |
| v. | |
| SCOTT A. WILSON, | |
| Defendant. | |

The United States of America, represented by Benjamin Kingsley and Colin Sampson, and Defendant Scott Wilson ("Defendant"), represented by Adam G. Gasner, hereby STIPULATE and AGREE as follows:

The Complaint against defendant Scott Wilson was filed on June 2, 2020, and unsealed on June 26, 2020. Dkt. Nos. 1, 4. Defendant was arrested and arraigned on June 26, 2020, in the Northern District of Texas, and released. Defendant appeared on Monday, July 20, 2020, before U.S. Magistrate Judge Sallie Kim and was arraigned. A further status regarding Defendant's bond conditions was held

on Monday, July 27, 2020.

Defendant has made a discovery request and the United States is in the process of providing discovery to Defendant. The parties now stipulate and agree that additional time is necessary for continuity of counsel and for counsel for the defendant to effectively prepare regarding the allegations in the Complaint and consult with defendant before further proceedings in this matter. As a result, the defendant consents and the parties jointly move the Court to exclude time for a preliminary hearing or indictment, and for trial from July 27, 2020, to September 28, 2020, pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(b), (h)(7)(A), and (h)(7)(B)(iv), and Federal Rule of Criminal Procedure 5.1(d), at the consent of the defendant and for continuity of defense counsel and effective preparation, taking into account the exercise of due diligence.

Defendant further consents to appearance at the September 28, 2020 hearing by video teleconference pursuant to Rule 5(f).

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

Dated: July 27, 2020.

*/s/ Colin Sampson*
COLIN SAMPSON
Assistant United States Attorneys

*Attorneys for the United States of America*

Dated: July 27, 2020.

*/s/ Adam G. Gasner*
ADAM G. GASNER
Law Office of Adam G. Gasner

*Attorney for Defendant Scott Wilson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 3:20-70695 MAG |
| ) | |
| Plaintiff, ) | **[PROPOSED] ORDER EXCLUDING** |
| ) | **TIME PURSUANT TO THE SPEEDY** |
| v. ) | **TRIAL ACT AND F.R.C.P. 5.1(d)** |
| ) | |
| SCOTT A. WILSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to the consent and stipulation of defendant Scott Wilson and his counsel, and The United States of America and its counsel, and for good cause shown,

IT IS ORDERED THAT time under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1 as to the Scott Wilson is excluded from July 27, 2020, until September 28, 2020, pursuant to 18 U.S.C. §§ 3161(b), (h)(7)(A) and (B)(iv) and Federal Rule of Criminal Procedure 5.1(d), at the consent of the Defendant and for continuity of defense counsel and effective preparation, taking into account the exercise of due diligence.  It is further

ORDERED THAT the Defendant may appear by video teleconference at the hearing on September 28, 2020, pursuant to Federal Rule of Criminal Procedure 5(f).

IT IS SO ORDERED.

Dated: _____          _____
                                  THE HONORABLE SALLIE KIM
                                  UNITED STATES MAGISTRATE JUDGE