1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney

2

3  HALLIE HOFFMAN (CABN 210020)
   Chief, Criminal Division

4  COLIN C. SAMPSON (CABN 249784)
   450 Golden Gate Avenue, Box 36055

5  San Francisco, California 94102-3495
   Telephone: (415) 436-7200

6  FAX: (415) 436-7234
           Colin.Sampson@usdoj.gov

7
   Attorneys for United States of America

8
   ADAM G. GASNER (CABN 201234)

9  Law Office of Adam G. Gasner
   345 Chambers Street, Law Chambers Bldg.

10 San Francisco, CA 94102
   Phone: (415) 782-6000

11 Fax:    (415) 782-6011
           Adam@gasnerlaw.com

12
   Attorney for Scott A. Wilson

13
                      UNITED STATES DISTRICT COURT

14
                    NORTHERN DISTRICT OF CALIFORNIA

15
                        SAN FRANCISCO DIVISION

16
   UNITED STATES OF AMERICA,            )   CASE NO. 3:20-70695 MAG

17                                       )
         Plaintiff,                      )   **STIPULATED MOTION FOR**

18                                       )   **EXCLUSION OF TIME PURSUANT**
      v.                                 )   **TO THE SPEEDY TRIAL ACT AND**

19                                       )   **F.R.C.P. 5.1(d)**
   SCOTT A. WILSON,                      )

20                                       )
         Defendant.                      )

21 ————————————————————————             )

22      The United States of America, represented by Benjamin Kingsley and Colin Sampson, and

23 Defendant Scott Wilson ("Defendant"), represented by Adam G. Gasner, hereby STIPULATE and

24 AGREE as follows:

25      The Complaint against defendant Scott Wilson was filed on June 2, 2020, and unsealed on June

26 26, 2020.  Dkt. Nos. 1, 4.  Defendant was arrested and arraigned on June 26, 2020, in the Northern

27 District of Texas, and released.  Defendant appeared on Monday, July 20, 2020, before U.S. Magistrate

28 Judge Sallie Kim and was arraigned.  A further status regarding Defendant's bond conditions was held

                                           1

1  on Monday, July 27, 2020.

2       Defendant has made a discovery request and the United States is in the process of providing

3  discovery to Defendant.  The parties now stipulate and agree that additional time is necessary for

4  continuity of counsel and for counsel for the defendant to effectively prepare regarding the allegations in

5  the Complaint and consult with defendant before further proceedings in this matter.  As a result, the

6  defendant consents and the parties jointly move the Court to exclude time for a preliminary hearing or

7  indictment, and for trial from July 27, 2020, to September 28, 2020, pursuant to the Speedy Trial Act, 18

8  U.S.C. §§ 3161(b), (h)(7)(A), and (h)(7)(B)(iv), and Federal Rule of Criminal Procedure 5.1(d), at the

9  consent of the defendant and for continuity of defense counsel and effective preparation, taking into

10  account the exercise of due diligence.

11       Defendant further consents to appearance at the September 28, 2020 hearing by video

12  teleconference pursuant to Rule 5(f).

13                                                 Respectfully submitted,

14                                                 DAVID L. ANDERSON
                                                   United States Attorney

15  Dated:  July 27, 2020.                         */s/ Colin Sampson*
16                                                 COLIN SAMPSON
                                                   Assistant United States Attorneys

17                                                 *Attorneys for the United States of America*

18

19  Dated:  July 27, 2020.                         */s/ Adam G. Gasner*
                                                   ADAM G. GASNER
20                                                 Law Office of Adam G. Gasner

21                                                 *Attorney for Defendant Scott Wilson*

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 3:20-70695 MAG |
|---|---|---|
| Plaintiff, | ) ) ) | **[PROPOSED] ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT AND F.R.C.P. 5.1(d)** |
| v. | ) ) | |
| SCOTT A. WILSON, | ) ) | |
| Defendant. | ) ) | |
| ——————————————————— | ) | |

Pursuant to the consent and stipulation of defendant Scott Wilson and his counsel, and The United States of America and its counsel, and for good cause shown,

IT IS ORDERED THAT time under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1 as to the Scott Wilson is excluded from July 27, 2020, until September 28, 2020, pursuant to 18 U.S.C. §§ 3161(b), (h)(7)(A) and (B)(iv) and Federal Rule of Criminal Procedure 5.1(d), at the consent of the Defendant and for continuity of defense counsel and effective preparation, taking into account the exercise of due diligence.  It is further

ORDERED THAT the Defendant may appear by video teleconference at the hearing on September 28, 2020, pursuant to Federal Rule of Criminal Procedure 5(f).

IT IS SO ORDERED.

Dated: July 28, 2020

_Sallie Kim_
_____
THE HONORABLE SALLIE KIM
UNITED STATES MAGISTRATE JUDGE

3